IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE MCGRAW-HILL COMPANIES, INC., and | : | NO. 12-2061 |
| JOHN DOES PRINTERS 1-10, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

And NOW, this 27th day of November, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendant McGraw's Motion for Partial Summary Judgment is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-2061 grant v. mcgraw\msj_order.docx