IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., | : |
| Plaintiff, | : Case No. 5:12-cv-02061-MMB |
| v. | : |
| McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC, and JOHN DOES PRINTERS 1-10, | : |
| Defendants. | : |

[PROPOSED] ORDER GRANTING McGRAW-HILL'S
MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS

AND NOW, this ___ day of _____ 20__, upon consideration of McGraw-Hill's Motion to Retain Confidentiality Designations, and the arguments and submissions of the parties relating thereto, and for good cause shown,

IT IS HEREBY ORDERED that defendant's Motion is **GRANTED**.

IT IS FURTHER ORDERED that the following testimony shall be treated as "confidential" pursuant to the Umbrella Protective Order (Doc. No. 37, entered May 23, 2013):

- Lines 115:7-8, 116:1, and 116:8-120:3 of the October 16, 2013 Leonard Behnke deposition transcript; and

- Lines 162:6-164:1 of the October 15, 2013 Rachel Norton deposition transcript.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.