IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE MCGRAW-HILL COMPANIES, INC., and JOHN DOES PRINTERS 1-10, | : | NO. 12-2061 |
| | : | |
| Defendants | : | |

### ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this 26th day of June, 2014, following review of the parties' briefs and the oral argument on June 11, 2014, the Court will **DENY** Plaintiff's Motion for Partial Summary Judgment (ECF No. 104) for the reasons set forth in the foregoing memorandum.

                                               **BY THE COURT:**

                                               /s/ Michael M. Baylson
                                               _____
                                               **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-2061 grant v. mcgraw\12cv2061.msj.order.docx