# grant
# heilman
photography, inc.

506 West Lincoln Avenue • Box 317 • Lititz, PA 17543
(717) 626-0296 • FAX (717) 626-0971
1-800-622-2046 • E-mail: info@heilmanphoto.com

# Invoice

CEM-13

Date: 04-29-04
Invoice Number: 203614
Memo Number: 102961 *2/7/03 ph. Trad 204c 1c*
Purchase Order Number: *AP's*
Purchase Order Date: 04/21/2004
Job Number: PHYSICS: PRINCIPLES
Client/Publisher: AND PROBLEMS

Attention: LISA DESANTIS
Company: GLENCOE/MCGRAW HILL
Address: 8787 ORION PLACE

COLUMBUS, OH 43240-4027          Page # 1

E.I.N. #23-244 5019          PREPARED BY: Carroll Forry

| RIGHTS & USAGE | | AMOUNT |
|---|---|---|
| One-Time non exclusive U. S. English Language reproduction rights with less than 15% distribution to include Canada and DODDS military schools to the following original color transparencies for one-time ¼ page editorial use inside the Glencoe/McGraw-Hill Student textbook, "Physics: Principles and Problems" by Zitzewitz, et al, 2005, and accompanying gratis Teacher Edition with printing quantities inclusive of all elements not to exceed 100,000, as follows: | | |
| Student and Teacher CD-ROMs with non-printable embedded images at 72 dpi. Password protected, subscription based proprietary website licensed by Publisher in connection with the Text with non-printable watermarked imagery. Minor revisions less than 10% from the original edition, for a period of six years. | | |
| HL GER06 16B0 1/4 PAGE | | |
| WATER STRIDER, SKATER, WATER | I-R/S | 290.00 |
| R3BDSTR06 16B0 1/4 PAGE | | |
| ACCELERATION | I-R/S | 290.00 |
| R3BERIP05 19A0 1/4 PAGE (R3-518A) | | |
| RIPPLE TANK | R-R/S | 217.50 |

REV. 9/00



# grant
## heilman
photography, inc.

506 West Lincoln Avenue • Box 317 • Lititz, PA 17543
(717) 626-0296 • FAX (717) 626-0971
1-800-622-2046 • E-mail: info@heilmanphoto.com

# Invoice

Date: 04-29-04                                    CEM-13
Invoice Number: 203614
Memo Number: 102961
Purchase Order Number:
Purchase Order Date: 04/21/2004
Job Number: PHYSICS:   PRINCIPLES
Client/Publisher: AND PROBLEMS

Attention: LISA DESANTIS
Company: GLENCOE/MCGRAW HILL
Address: 8787 ORION PLACE

COLUMBUS, OH 43240-4027                    Page # 2

E.I.N. #23-244 5019                         PREPARED BY: Carroll Forry

| RIGHTS & USAGE | | AMOUNT |
|---|---|---|
| R3BERIP05   19A0   1/4 PAGE   (R3-518A) | | |
| RIPPLE TANK | R-R/S | 217.50 |
| | IMAGE SUBTOTAL:   $ | 797.50 |

REPRODUCTION RIGHTS FOR TEACHER EDITIONS,
ANCILLARIES, ELECTRONIC, AND/OR RELATED
MATERIALS ARE AVAILABLE FOR ADDITIONAL FEES.
ALL OTHER RIGHTS RESERVED.
THANK YOU.

**INVOICE TOTAL:**     $     797.50



# CONTRACT: TERMS AND CONDITIONS OF USE

**Submission of images for examination or use is conditioned upon the recipient agreeing to all the terms contained herein.**
**If you object to any of these terms, including the arbitration or stipulated damage provisions, you must return the images immediately:**

## Terms Relative To Submission

• Photographs, transparencies, negatives, scans or digital images (hereafter "images") may be held for twenty-eight (28) days' approval. Unless a longer period is requested and granted by Grant Heilman Photography, Inc., (hereafter "GHP"), in writing, a holding fee of Ten ($10.00) Dollars per week per image will be charged after such 28-day period and up to the time of return.

• Images may not be used in any way, including layouts, sketches, xerography or scanning until submission of and payment of an invoice indicating Recipient's right to use same, or indicating the purchase of the images outright, which shall be only on the terms of use hereinafter specified. Projection of any transparency is not permitted. You may not ARCHIVE, REPUBLISH or TRANSMIT images on any DATABASE without GHP's prior written consent. You may not remove any image from its cardboard mount. You will be charged a substantial fee for any removal or damage to mount without consent.

• Recipient is solely responsible for loss or damage to the images delivered to it, from the time of receipt until return to GHP. Recipient shall be responsible for the safe delivery and return of images to GHP and shall indemnify GHP against any loss or damage to images in transit or while in the possession of Recipient. This agreement is not considered a bailment and is specifically conditioned upon the images so delivered being returned to GHP in the same condition as delivered. Duplicate transparencies, internegatives, digital files and copy prints will not be accepted in exchange for a lost or damaged image. Recipient assumes an insurer's liability herein for the safe and undamaged return of the images to GHP. Such images are to be returned to GHP by bonded messenger or by registered mail (return receipt requested), prepaid and fully insured, with description of contents enclosed.

• The monetary damage for loss or damage of an original color transparency or image shall be determined by the value of each individual image. Recipient agrees, however, that the reasonable value of such lost or damaged transparency shall be Two Thousand ($2000.00) Dollars, that a lost or damaged black and white print is Thirty ($30.00) Dollars and a duplicate transparency is Two Hundred Fifty ($250.00) Dollars. GHP agrees to the delivery of the goods herein only upon the express covenant and understanding by Recipient that the terms contained in this Paragraph are material to this Agreement. Recipient assumes full liability for its employees, agents, assigns, messengers and free-lance researchers for the loss, damage or misuse of the images.

## Terms As To Use

• Unless otherwise specifically stated, images remain the property of GHP or the particular photographers. Upon submission of and payment of an invoice to GHP, a license only is granted to use the images for the use specified on the invoice and for no other purpose, unless such images are purchased outright. Such use is granted for the United States only, and only for a one-year period, unless otherwise specified. Recipient does not acquire any right, title or interest in or to any image, including, without limitation, any electronic reproduction or promotional rights, and will not make, authorize or permit any use of the particular image(s), plate(s) or digital files made therefrom other than as specified herein. Full credit and copyright information must remain with image. Any authorized duplicate must be returned to GHP after use. Images are to be returned within 4 months after date of invoice, except in cases of outright purchase. Recipient agrees to pay, as reasonable charges, the sum of $10.00 per week per image after such 4-month period to date of return. If an image is not returned by the fourth month after the invoice date, holding fees will cease to accrue and at that time will become fixed and the image(s) will be deemed to be lost and liquidated damage provisions shall govern.

If Recipient desires to re-use an image or extend previous usage, then Recipient must request and pay for additional rights prior to publication. You agree not to make, authorize or permit any use of an image or its derivative (use of an image as a source to create another image) except as authorized by the invoice. In the event you utilize an image for any use other than that indicated on the invoice, including but not limited to the number of uses, the publication utilized, or the size of reproduction, GHP agrees to forego its right to sue for copyright infringement if you pay, as liquidated damages, a sum equal to ten (10) times the maximum price we would have charged for such use, within ten (10) days of our billing such fee. This is not a penalty but an agreed fair use charge. If you fail to make such payment in ten (10) days, we shall have the right to sue for copyright infringement and breach of contract. **No model releases or other releases exist on any images unless the existence of such release is specified in writing by GHP. Recipient shall indemnify GHP against all claims arising out of the use of any images where the existence of such release has not been specified in writing by GHP. In any event, the limit of liability of GHP shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold GHP harmless from all claims for the use of the images, including defamatory use. GHP gives no right or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permission as may be required for reproduction are secured.**

• DIGITAL FILES ARE PROVIDED "AS IS." GHP MAKES NO REPRESENTATION OR WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDED BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, NONINFRINGEMENT, QUALITY OF IMAGE, OR COMPATIBILITY WITH ANY COMPUTER HARDWARE OR OTHER EQUIPMENT, OPERATING SYSTEM OR SOFTWARE PROGRAM. YOU MAY HAVE ADDITIONAL RIGHTS UNDER SOME STATE LAWS.

• This agreement is not assignable or transferable on the part of the Recipient.

• This contract contains all the terms of the agreement between GHP and Recipient concerning delivery and review of images, and no terms or conditions may be added or deleted unless made in writing and signed by both GHP and recipient. These terms and the terms of any subsequent invoice supersede any and all terms of the Client's purchase order. Any subsequent invoice we may issue may contain additional terms relating to the rights granted and the type of use allowed. Time is of the essence in the performance by Recipient of its obligations for the payments and return of images hereunder. No rights are granted until payment is made to GHP, even though Recipient has received an invoice.

• Payment herein is to be net thirty (30) days. A service charge of two (2%) percent per month on any unpaid balance will be charged thereafter. Any claims for adjustment or rejection of terms must be made to GHP within ten (10) days after receipt of invoice. In the event that any images are used by Recipient in publications, then Recipient shall send to GHP, on a semiannual basis (June 30th and December 31st), a certified statement setting forth the total number of sales, subcontracts, adaptations, translations and any other uses. Recipient shall provide GHP with two (2) free copies of such publication immediately upon printing.

• Rights are being reserved to Recipient when an invoice is created. If Recipient does not use the invoiced image, it must notify GHP within five (5) days from receipt of the invoice. If Recipient fails to do so, it is responsible for full payment of the invoice.

• Images used editorially should bear a credit line as indicated by GHP. GHP reserves the right to charge a treble fee for use without credit. Recipient must register copyright in their name to afford protection to the image. Such copyright shall be immediately reassigned upon request, without charge.

• All rights not specifically granted herein to Recipient are reserved for GHP's use and disposition without any limitations whatsoever.

• Recipient agrees that the above terms are made pursuant to Article 2 of the UNIFORM COMMERCIAL CODE and agrees to be bound by same. Objection to any terms must be made in writing within (10) days.

## Disputes Or Claims Arising Out Of Submission And/Or Use

• Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Philadelphia, PA, pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Pennsylvania.

• If Recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said Recipient expressly agrees that any disputes regarding this contract shall be adjudicated within the United States in the manner described here.

• Copyright claims shall be brought in the Federal Court having jurisdiction.

• If GHP is caused to present claims or suit as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

**Grant Heilman Photography, Inc. delivery address (not for mail) is: 506 West Lincoln Avenue, Lititz, PA 17543**

