IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE MCGRAW-HILL COMPANIES, INC., and JOHN DOES PRINTERS 1-10, | : | NO. 12-2061 |
| | : | |
| Defendants | : | |

### ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT AND PRETRIAL PREPARATION

**AND NOW**, this 6th day of August, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED,** that plaintiff's motion for partial summary judgment is **GRANTED** in part and **DENIED** in part.

Plaintiff shall prepare a more detailed proposed form of Order as to the specific images licensed in the invoices as to which partial summary judgment has been granted.

After reviewing numerous papers for the recent motions by plaintiff for summary judgment, it is apparent that there are numerous details about invoices, images, etc. in the papers prepared by the parties. For these reasons, with the upcoming bellwether trial closely approaching, it is further **ORDERED** as follows:

1. The parties shall exchange trial exhibits no later than August 22, 2014.

2. As part of its exhibits, each party shall prepare accurate summaries and/or charts of invoices, images, or other complex documents, pursuant to Federal Rule of Evidence 1006, so that the jury can understand the evidence that is being introduced and rely on tables, charts, and/or summaries.

3. Any objections to exhibits shall be served within seven (7) days, and the parties shall have discussions in an attempt to resolve the objections.

4. The parties shall also serve any deposition designations promptly followed by objections and counter designations within ten (10) days.

5. The Court will have a hearing September 5, 2014 at 10 a.m. in Courtroom 3A to review the trial exhibits, and any summaries, tables, or charts concerning them, and any unresolved objections, in an effort to clear the way for the concise and accurate presentation of evidence at the jury trial. If there are no disputes, the hearing may be cancelled.

6. The parties shall submit their proposed voir dire questions by September 4, 2014.

7. The parties shall submit their proposed points for the jury charge and proposed verdict form by September 15, 2014.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-2061 grant v. mcgraw\12cv2061.psj.pretrial.prep.docx