IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GRANT HEILMAN PHOTOGRAPHY, INC.<br><br>v.<br><br>MCGRAW-HILL GLOBAL EDUCATIONAL HOLDINGS, LLC, MGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC, and JOHN DOES PRINTERS 1-10 | CIVIL ACTION<br><br>NO. 12-2061 |
|---|---|

## ORDER

And NOW, this 20th day of March 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion for Judgment as a Matter of Law (ECF 192) and Defendants' Memorandum of Law in Support (ECF 195), and all responses and replies thereto, it is hereby ORDERED that:

1. Defendants' Motion for Judgment as a Matter of Law is DENIED.

2. The parties shall have 14 days from the date of this Order to state their positions as to whether the Court should certify the question of whether Plaintiff was on inquiry notice of copyright infringements occurring before April 19, 2009 for interlocutory appeal to the Third Circuit under Fed. R. Civ. P. 1292(b).

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-2061 grant v. mcgraw\12cv2061.order.jmol.3.20.15.docx